1001

[No. 5257–1. Division One. January 15, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY
MONTROSE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 76882, Janice Niemi, J., entered December 6,
1976. *Affirmed* by unpublished opinion per Dore, J., concurred in by Andersen, A.C.J., and Swanson, J.

[No. 5315–1. Division One. January 15, 1979.]

STU–MAC, INC., *Appellant*, v. STATE LIQUOR
CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 809107, William C. Goodloe, J., entered January 4, 1977. *Affirmed* by unpublished opinion per Williams,
J., concurred in by Swanson and Dore, JJ.

[No. 5740–1. Division One. January 15, 1979.]

SUSAN KLEINHANS, *Appellant*, v. SEATTLE–FIRST NATIONAL
BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 748231, Eugene G. Cushing, J., entered June 3,
1977. *Reversed* by unpublished opinion per Ringold, J.,
concurred in by Farris, C.J., and James, J.